**Opinion issued September 1, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00409-CR

———————————

**DWAYNE ALLEN BRYANT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Case No. 1492209**

---

## MEMORANDUM OPINION

Appellant, Dwayne Allen Bryant, has filed a motion to dismiss the appeal.

The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R.

APP. P. 42.2(a). We have not issued a decision in the appeal. The Clerk of this Court

has sent a duplicate copy to the trial court clerk. *Id.*

Accordingly, we dismiss the appeal.  *See* Tex. R. App. P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.

Do not publish.   Tex. R. App. P. 47.2(b).